APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Christos Sourovelis, Doila Welch, and
Norys Hernandez, on behalf of themselves :
and all others similarly situated :
     V. :    Civil Action
 :     No: _____
City of Philadelphia, et al. :

## DISCLOSURE STATEMENT FORM

**Please check one box:**

[X]  The nongovernmental corporate parties, _Christos Sourovelis, Doila Welch, and Norys Hernandez_, in the above listed civil action do not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_August 8, 2014_      _David Rudesky /s/ JMS_
Date             Signature

    Counsel for:  PLAINTIFFS

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

  (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.