IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, DOILA WELCH and NORYS HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PHILADELPHIA; MICHAEL A. NUTTER, in his official capacity as Mayor of Philadelphia; PHILADELPHIA DISTRICT ATTORNEY'S OFFICE; R. SETH WILLIAMS, in his official capacity as District Attorney of Philadelphia; and CHARLES H. RAMSEY, in his official capacity as Commissioner of the Philadelphia Police Department;<br><br>    Defendants. | **ORDER GRANTING PLAINTIFF'S MOTION TO CERTIFY A RULE 23(b)(2) CLASS**<br><br>Civil Action No._____ |

## ORDER

Pending before the Court is Plaintiffs' Motion for Class Certification under Federal Rules of Civil Procedure Rule 23(b)(2).

It is hereby ORDERED that Plaintiffs and all others similarly situated shall be designated as a class for all claims brought in this action.

It is further ORDERED that Named Plaintiffs Christos Sourovelis, Doila Welch, and Norys Hernandez be designated as class representatives.

It is further ORDERED that the Institute for Justice and David Rudovsky be appointed class counsel.

DATED this _____ day of _____, 2014

                                                                                        _____
                                                                                        United States District Judge