AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| CHRISTOS SOUROVELIS; DOILA WELCH; NORYS HERNANDEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br>*Plaintiff*<br><br>v.<br><br>CITY OF PHILADELPHIA; MICHAEL A. NUTTER, IN HIS OFFICIAL CAPACITY AS MAYOR OF PHILADELPHIA; PHILADELPHIA DISTRICT ATTORNEY'S OFFICE; R. SETH WILLIAMS, IN HIS OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF PHILADELPHIA; CHARLES H. RAMSEY, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE PHILADELPHIA POLICE DEPARTMENT<br>*Defendant* | Civil Action No. 14-4687 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHARLES H. RAMSEY, in his official capacity as Commissioner of the
Philadelphia Police Department
c/o Craig Straw, Chief Deputy City Solicitor
Philadelphia Law Department
1515 Arch Street
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID RUDOVSKY, ESQ.
718 ARCH ST., STE. 501 SOUTH
PHILADELPHIA, PA 19106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __August 11, 2014__            *Janet Vecchione*
                                    Janet Vecchione, Deputy Clerk

AO 440  Rev. 12/09)  Summons in a Civil Action (Page 2)
Civil Action No.      14-4687

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CHARLES H. RAMSEY Comm Phila. Police Dept.**
was received by me on *(date)* **8-11-14**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CHINAZO ENILWE**, who is
designated by law to accept service of process on behalf of *(name of organization)* **CHARLES H. RAMSEY C/O CITY OF PHILA. LAW DEPT.** on *(date)* **8-11-14**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: **8-11-14**

_____
*Server's signature*

**WAYNE CLINTON   PROCESS SERVER**
*Printed name and title*

M D LEGAL SERVICES INC
1315 WALNUT ST  STE ~~1101~~ 1317
PHILADELPHIA PA 19107-4711
*Server's address*

Additional information regarding attempted service, etc: