IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOS SOUROVELIS, et al., | : | CIVIL ACTION NO. 14-4687 |
| Plaintiffs, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **12th** day of **August, 2014**, upon consideration of the motion to admit William H. Mellor as counsel pro hac vice for Plaintiffs (ECF. No. 6), it is hereby **ORDERED** that Mellor is **ADMITTED** in this case as counsel pro hac vice. Loc. R. Civ. P. 83.5.2(b).

**IT IS FURTHER ORDERED** that (i) as counsel pro hac vice, Mellor shall review and become familiar with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and agree to be bound by and subject to discipline thereunder; (ii) that moving counsel David Rudovsky shall act as associate counsel of record, and shall maintain during the pendency of the proceeding an office within the Eastern District of Pennsylvania where all pleadings, motions, notices, and other papers can be served, Loc. R. Civ. P. 83.5.2(a); and (iii) Mellor shall pay the admission fee to the Clerk of Court.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.