

ER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUROVELIS, et al. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 14-CV-04687 |

**FILED AUG 20 2014 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk**

### STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND MOTION FOR CLASS CERTIFICATION

It is hereby stipulated among undersigned counsel that:

All Defendants will have until October 2, 2014 to submit responses to Plaintiffs' Complaint (Doc. 1) and Plaintiffs' Motion to Certify A Rule 23(b)(2) Class (Doc. 3).

BY: _/s/ Dimitrios Mavroudis_
DIMITRIOS MAVROUDIS
Attorney for Defendants City of Philadelphia, Mayor Michael Nutter, and Commissioner Charles Ramsey

DATE: August 20, 2014

BY: _/s/ Darpana M. Sheth_
DARPANA M. SHETH
Attorney for Plaintiffs

DATE: August 19, 2014

BY: _/s/ Elizabeth Graham_
Attorney for Defendants Philadelphia District Attorney's Office and Seth R. Williams

DATE: 8/19/14

BY THE COURT: _/s/ Eduardo C. Robreno_  8/20/14
Honorable Eduardo C. Robreno

**ENTERED AUG 20 2014 CLERK OF COURT**