# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, DOILA WELCH and NORYS HERNANDEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PHILADELPHIA; MICHAEL A. NUTTER, in his official capacity as Mayor of Philadelphia; PHILADELPHIA DISTRICT ATTORNEY'S OFFICE; R. SETH WILLIAMS, in his official capacity as District Attorney of Philadelphia; and CHARLES H. RAMSEY, in his official capacity as Commissioner of the Philadelphia Police Department;<br><br>    Defendants. | Civil Action No. 14-4687<br><br>Assigned to the Honorable Judge Robreno<br><br>Special Management Track<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ON PLAINTIFFS' FIRST CLAIM FOR RELIEF** |

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction on Plaintiffs' First Claim for Relief.

It is hereby ORDERED that:

1. Defendants' policy of applying for and executing ex parte "seize and seal" orders is unconstitutional under the Due Process Clause of the Fourteenth Amendment to the U.S. Constitution; and

2. Defendants are enjoined from applying for and enforcing "seize and seal" orders without providing notice and an opportunity for a judicial hearing.


DATED this _____ day of _____, 2014

_____
The Honorable Judge Robreno