```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SOUROVELIS, et al.,                :    CIVIL ACTION
                                   :    No. 14-4687
    Plaintiffs,                :
                                   :
  v.                               :
                                   :
CITY OF PHILADELPHIA, et al.,      :
                                   :
    Defendants.                :

### O R D E R

**AND NOW,** this **12th** day of **May, 2015,** it is hereby **ORDERED** that Defendants' Joint Motion for Leave to File a Reply Memorandum (ECF No. 56) is **GRANTED.**

It is further **ORDERED** that Defendants' Joint Motion to Dismiss (ECF No. 52) is **DENIED.**

**AND IT IS SO ORDERED.**


                                              /s/ Eduardo C. Robreno
                                              **EDUARDO C. ROBRENO,   J.**