# DOCUMENT REMOVED PURSUANT TO COURT ORDER