IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUROVELIS, et al., | : | CIVIL ACTION |
| | : | No. 14-4687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **17th** day of **June, 2015,** given that the parties are in the process of potentially stipulating to class certification, at least as to Count 5 of Plaintiffs' Amended Complaint, it is hereby **ORDERED** that Plaintiffs' Motion for Class Certification (ECF No. 3) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

 

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO,    J.**