**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTOS SOUROVELIS, DOILA WELCH, NORYS HERNANDEZ, and NASSIR GEIGER on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF PHILADELPHIA; MICHAEL A. NUTTER, in his official capacity as Mayor of Philadelphia; PHILADELPHIA DISTRICT ATTORNEY'S OFFICE; R. SETH WILLIAMS, in his official capacity as District Attorney of Philadelphia; and CHARLES H. RAMSEY, in his official capacity as Commissioner of the Philadelphia Police Department,<br><br>     Defendants. | Civil Action No. 2:14-cv-04687-ER<br><br>Assigned to<br>the Honorable Judge Robreno<br><br>**Special Management Track**<br><br>**<u>JOINT MOTION TO EXTEND DEADLINE FOR WRITTEN DISCOVERY</u>** |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiffs Christos Sourovelis, Doila Welch, Norys Hernandez, and Nassir Geiger ("Named Plaintiffs") on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), Defendants City of Philadelphia, Mayor Michael A. Nutter, Police Commissioner Charles H. Ramsey ("City Defendants"), and the Philadelphia District Attorney's Office and District Attorney R. Seth Williams ("District Attorney Defendants"), (collectively, the "Parties"), respectfully submit this Joint Motion to Extend Deadline for Written Discovery until Friday, March 4, 2016.  In support of their Motion, the Parties state as follows:

1.     The current deadline for written discovery on Counts 3, 4, 5, and 6 of the Amended Complaint is January 22, 2016.  (Order, ECF No. 101.)

2.     In an effort to streamline this litigation, the Parties are currently negotiating a potential settlement that would—if executed by the Parties and approved by this Court on behalf of a settlement class—fully resolve Counts 3, 4, and 6 of the Amended Complaint.

3.     Counsel for the District Attorney Defendants has informed Plaintiffs that, after engaging in a series of negotiations with the First Judicial District of Pennsylvania, changes to the process by which forfeiture cases are prosecuted and administered in the Court of Common Pleas have been implemented, effective January 5, 2016.

4.     In order to sufficiently evaluate whether these changes will resolve Plaintiffs' Third, Fourth, and Sixth Counts, and to properly represent the interests of unnamed class members in the settlement discussions, Plaintiffs may need to conduct additional written discovery, including a possible third-party subpoena duces tecum.  *See, e.g.*, *Gay v. Tri-Wire Eng'g  Sols., Inc.*, No. 12-cv-2231, 2014 WL 28640 at *6 (E.D.N.Y. Jan. 2, 2014) (holding that the procedural fairness of a settlement hinges, in part, on whether the parties "have engaged in the discovery . . . necessary [for] effective representation of the class's interests") (citing *D'Amato v. Deutsche Bank*, 236 F.2d 78, 85 (2d Cir. 2001)).  Specifically, Plaintiffs will require corroborating documents from the First Judicial District regarding the new procedures for administering forfeiture and related proceedings.

5.     Accordingly, the Parties respectfully request that written discovery be extended until Friday, March 4, 2016.

Dated:  January 20, 2016

Respectfully submitted,

**For Plaintiffs**

By: /s/ Darpana M. Sheth
**INSTITUTE FOR JUSTICE**
William H. Mellor*
Scott G. Bullock*
Darpana M. Sheth*
Robert P. Frommer*
Robert A. Peccola*
Milad Emam*
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
E-mail: wmellor@ijorg; sbullock@ij.org;
dsheth@ij.org; rfrommer@ij.org;
rpeccola@ij.org; memam@ij.org
*Admitted Pro Hac Vice*

*Lead Counsel for Plaintiffs*

**KAIRYS, RUDOVSKY, MESSING & FEINBERG**
David Rudovsky (I.D. Number 15168)
The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106
Tel: (215) 925-4400
Email: drudovsky@krlawphila.com

*Local Counsel for Plaintiffs*

**For the City Defendants**

By: /s/ Michael R. Miller
**CITY OF PHILADELPHIA LAW DEPARTMENT**
Michael R. Miller
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Tel: (215) 683-5444
Email: Michael.R.Miller@phila.gov
*Counsel for Defendants City of Philadelphia,*
*Mayor Michael A. Nutter, and Police*
*Commissioner Charles H. Ramsey*

**For the District Attorney Defendants**

By: /s/ Bryan C. Hughes
**OFFICE OF THE DISTRICT ATTORNEY**
Elizabeth J. Rubin
Bryan C. Hughes
Douglas M. Weck, Jr.
Three South Penn Square
Philadelphia, PA 19107
Tel: (215) 686-8787
Email: bj.graham-rubin@phila.gov;
bryan.hughes@phila.gov;
douglas.weck@phila.gov

*Counsel for Defendants Philadelphia District*
*Attorney's Office and District Attorney R. Seth*
*Williams*

<u>**CERTIFICATE OF SERVICE**</u>

I, Darpana Sheth, hereby certify that, on this 20th day of January, 2016, true and correct copies of Joint Motion to Extend Deadline for Written Discovery were electronically filed using the Court's ECF system and sent via the ECF electronic notification system to the following counsels of record:

Michael R. Miller
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Tel:  (215) 683-5444
Email:  Michael.R.Miller@phila.gov

*Counsel for Defendants City of Philadelphia, Mayor Michael A. Nutter,*
*and Police Commissioner Charles H. Ramsey*

Elizabeth J. Graham-Rubin
Bryan C. Hughes
Douglas M. Weck, Jr.
Office of the District Attorney
Three South Penn Square
Philadelphia, PA 19107
Tel:  (215) 686-8787
Email: bj.graham-rubin@phila.gov;
       bryan.hughes@phila.gov;
       douglas.weck@phila.gov

*Counsel for Defendants Philadelphia District Attorney's Office and*
*District Attorney R. Seth Williams*

<u>/s/ Darpana M. Sheth</u>
Darpana M. Sheth
*Counsel for Plaintiffs*