```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOS SOUROVELIS, et al.,      :    CIVIL ACTION
                                  :    No. 14-4687
          Plaintiffs,             :
                                  :
     v.                           :
                                  :
CITY OF PHILADELPHIA, et al.,     :
                                  :
          Defendants.             :
```

## O R D E R

**AND NOW**, this **30th** day of **March, 2017,** upon consideration of the Partial Motion to Dismiss for Failure to State a Claim submitted by Defendants City of Philadelphia, Mayor James F. Kenney, and Police Commissioner Richard Ross, Jr. ("the City Defendants") (ECF No. 158), and the Motion to Dismiss the Second Amended Complaint submitted by Defendants the Honorable Sheila A. Woods-Skipper, the Honorable Jacqueline F. Allen, Joseph H. Evers, and Charles A. Mapp ("the FJD Defendants") (ECF No. 173), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The City Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 158) is **DENIED.**

2. The City Defendants' Motion for Leave to File a Reply Brief (ECF No. 166) is **GRANTED.**

3. The FJD Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 173) is **DENIED.**

4. The FJD Defendants' Motion for Leave to File a Reply Brief (ECF No. 180) is **GRANTED**. The FJD Defendants' Motion for Leave to File a Reply Brief (ECF No. 179) is **DENIED as moot.**

5. Plaintiffs' Motion for Leave to File a Surreply Brief (ECF No. 186) is **GRANTED.**

**AND IT IS SO ORDERED.**

<u>/s/ Eduardo C. Robreno</u>
**EDUARDO C. ROBRENO, J.**