# NOTICE OF OBJECTION

*Sourovelis v. City of Philadelphia, et al.*

Civil Action No. 2:14–cv–04687–ER

United States District Court for the Eastern District of Pennsylvania

You can inform the Court that you do not agree with the Settlement or some part of it. If you wish to object to the Settlement, you must mail this completed form to each of these places postmarked by **August 26, 2019.**

| COURT | CLASS COUNSEL |
|---|---|
| Clerk of the Court<br><br>U.S. District Court for the Eastern District of Pennsylvania<br><br>James A. Byrne U.S. Courthouse<br><br>601 Market Street<br><br>Room 2609<br><br>Philadelphia, PA 19106-1797 | Philadelphia Forfeiture Objection<br><br>Institute for Justice<br><br>901 North Glebe Road<br><br>Suite 900<br><br>Arlington, VA 22203 |
| **COUNSEL FOR THE D.A. DEFENDANTS** | **COUNSEL FOR THE CITY DEFENDANTS** |
| Douglas Weck<br><br>Philadelphia District Attorney's Office<br><br>Three South Penn Square<br><br>Philadelphia, PA 19107 | Michael Miller<br><br>City of Philadelphia Law Department<br><br>1515 Arch Street, 14th Floor<br><br>Philadelphia, PA 19102 |

If your form is not postmarked by **August 26, 2019,** you will give up your right to object. You may not both object to the Settlement and exclude yourself. You can object only if you stay in the Class. Excluding yourself (or opting out) is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you. After submitting this Notice of Objection, you may submit a longer statement in support of your objection by **September 10, 2019** to the above addresses.

Gregory C. Giles
*Print Name*

Greg C. Giles (signature)
*Sign Name*

215 720 0105
*Phone Number*

Heavy C. Giles Yahoo.com
*Email Address*

1593 Lindbergh Ave Roslyn PA 19001
*Mailing Address*

I'm staying in the Class Action suit
*Reasons for Objection*

PO Box 660642
Dallas TX 75266-0642

19107-313659