```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHRISTOS SOUROVELIS, et al., | : | CIVIL ACTION |
| | : | No. 14-4687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **23rd** day of **August, 2019**, upon consideration of "Plaintiffs' Consent Motion to Extend the Claims Period and Ensuing Deadlines Pertaining to Final Approval of the Consent Decrees" (ECF No. 277), and for good cause shown, this Court's April 30, 2019 order is amended to reflect the following extensions:

      1.   Restitutionary Class Members shall submit their claim forms to the Claims Administrator by **December 6, 2019.**

      2.   Members of the Injunctive Classes shall submit any objections to the applicable Consent Decree[1], and members of the Restitutionary Class shall submit any objections to the applicable Consent Decree or request exclusion from the Restitutionary Class and the terms of the Consent Decree by **December 6, 2019.**

---

[1]   Class members may not opt-out of the two Injunctive Classes.

3. If an objecting Class Member wishes to be heard at the Final Fairness Hearing (see ¶ 11), he or she must: file with the Court a notice of his or her intention to appear; submit documentary proof that he or she is a member of the class; state the basis for his or her objections; and serve copies of the foregoing papers upon counsel for the parties, as directed in the Class Notice by **February 17, 2020.**

4. The motion for final approval of the Consent Decrees and any papers the parties wish to submit in support of final approval of the Consent Decrees shall be filed with the Court by **February 28, 2020.**

5. The Court will hold a final fairness hearing **on April 1, 2020 at 10:00 a.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, PA** to consider the propriety of final settlement approval in light of any written objections, opt-outs, or requests to be heard.

**AND IT IS SO ORDERED.**

                                                    s/Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO, J.**