```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHRISTOS SOUROVELIS, et al., | : | CIVIL ACTION |
| | : | No. 14-4687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **27th** day of **February, 2020**, upon consideration of Defendants' Consent Motion to Extend Deadlines Pertaining to Final Approval of the Consent Decrees (ECF No. 307), it is hereby **ORDERED** that the motion is **GRANTED,** and the motion for final approval of the Consent Decrees and any supporting papers shall be filed with the Court **by April 30, 2020**. The Court will hold a final fairness hearing **on May 8, 2020 at 10:00 a.m.** in **Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, PA.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　s/Eduardo C. Robreno
　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO, J.**