IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOS SOUROVELIS, et al., | : | CIVIL ACTION |
| | : | No. 14-4687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **15th** day of **July, 2020,** upon consideration of Plaintiffs' Second Consent Motion for an Extension of Time to File Motions in Support of Final Approval of the Consent Decrees (ECF No. 325), it is hereby **ORDERED** that the motion is **GRANTED** and the motion for final approval of the Consent Decree related to the Plaintiffs' fifth and sixth claims for relief and any supporting papers shall be filed with the Court **by July 31, 2020.** The Court will hold a final fairness hearing on both consent decrees **on October 14, 2020 at 10:00 a.m.** in **Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, PA.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**