IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-04687-ER <br><br> Assigned to the Honorable Judge Robreno <br><br> **Special Management Track** |

**PLAINTIFFS' MOTION THAT THE OCTOBER 14 HEARING REGARDING FINAL APPROVAL BE CONDUCTED VIA ELECTRONIC/REMOTE MEANS**

Under Federal Rule of Civil Procedure 7 and Local Rule 7.1, Named Plaintiffs Christos Sourovelis, Doila Welch, Norys Hernandez, and Nassir Geiger respectfully move this Court for an order to modify the in-person hearing, currently scheduled for October 14, 2020 at 10:00 a.m., into a hearing that will be conducted via electronic/remote means.

This motion is not uncontested by Defendants. Plaintiffs have therefore included a memorandum with this motion in accordance with Local Rule 7.1(c) and (d).

Dated: October 5, 2020

Respectfully submitted,

| | |
|---|---|
| **INSTITUTE FOR JUSTICE** <br> By: /s/ *Robert Frommer* <br> Robert P. Frommer* <br> Robert Peccola* <br> 901 North Glebe Road, Suite 900 <br> Arlington, VA 22203 <br> Email: dsheth@ij.org; memam@ij.org <br> Tel: (703) 682-9320 <br> Fax: (703) 682-9321 <br><br> *Admitted Pro Hac Vice | **KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN** <br> David Rudovsky (I.D. Number 15168) <br> The Cast Iron Building <br> 718 Arch Street <br> Suite 501 South <br> Philadelphia, PA 19106 <br> Email: drudovsky@krlawphila.com <br> Tel: (215) 925-4400 <br> Fax: (215) 925-5365 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2020, a true and correct copy of Plaintiffs' Motion That The October 14 Hearing Regarding Final Approval Be Conducted Via Electronic/Remote Means was served upon the following counsel of record via the ECF system:

Anne Taylor
Mark V. Maguire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Tel:  (215) 683-5381
Email:  anne.taylor@phila.gov; mark.maguire@phila.gov

*Counsel for Defendants City of Philadelphia, Mayor James F. Kenney, and Police Commissioner Danielle Outlaw*

Nancy Winkelman
Simran Dhillon
Benjamin T. Jackal
Three South Penn Square
Philadelphia, PA 19107
Tel: (215) 686-8064
Email: nancy.winkelman@phila.gov; simran.g.dhillon@phila.gov; benjamin.jackal@phila.gov

*Counsel for Defendants Philadelphia District Attorney's Office and District Attorney Lawrence S. Krasner*

Michael Daley
1515 Market Street, Suite 1414
Philadelphia, PA 19102
Tel:  (215) 560-6300
Email: legaldepartment@pacourts.us

*Attorneys for Defendants the Honorable Idee C. Fox, the Honorable Jacqueline F. Allen, Joseph H. Evers, and Charles A. Mapp*

Additionally, I HEREBY CERTIFY that on this 5th day of October, 2020, a true and correct copy of the foregoing was served upon the following via first class mail:

Min. Anthony Tony McNeil Sr.
P.O. Box 676
Trenton, NJ 08604

Universal Co-Op Membership, Inc.
C/O Anthony McNeil Sr.
P.O. Box 676
Trenton, NJ 08064

Darien Houser
Gl-7509
175 Progress Drive
Sci Greene
Waynesburg, PA 15370

Gary Kimmelman
9331(A) Neil Road
Philadelphia, PA 19115

Kevin Betha
915 Belmount Avenue
Philadelphia, PA 19104

Luis A Oyole
4305A Rhawn Street
Philadelphia, PA 19136

Charles Worrell
4730 Oakland Street
Philadelphia, PA 19124

Gregory Giles
1533 Lindberg Avenue
Roslyn, PA 19001

Margaret Helen Bigelow
5234 Chancellor Street
Philadelphia, PA 19139

Leeza Enriquez
1355 Sellers Street
Philadelphia, PA 19124

Mateo Jimenez
983 North 6th Street, Unit 2
Philadelphia, PA 19123

Lutfiyyah Al-Amin
1661 Latona Street
Philadelphia, PA 19146

Charles Talbert
QAY727
SCI – Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

By: /s/ *Robert P. Frommer*
     Robert P. Frommer
     Lead Counsel for Plaintiffs

3