IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-04687 <br><br> Assigned to the <br> Honorable Judge Robreno <br><br> **Special Management Track** |

     **AND NOW**, this ___ day of _____, 2020, upon consideration of Plaintiffs' Motion That the October 14 Hearing Regarding Final Approval Be Conducted Via Electronic/Remote Means, it is hereby ORDERED that the Motion is GRANTED.

                                                BY THE COURT:

                                                _____

                                                The Honorable Judge Robreno