```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOS SOUROVELIS, et al.,     :    CIVIL ACTION
                                 :    No. 14-4687
          Plaintiffs,            :
                                 :
     v.                          :
                                 :
CITY OF PHILADELPHIA, et al.,    :
                                 :
          Defendants.            :
```

**ORDER**

**AND NOW**, this **7th** day of **October, 2020**, upon consideration of "Plaintiffs' Motion that the October 14 Hearing Regarding Final Approval Be Conducted Via Electronic/Remote Means" (ECF No. 337) and the District Attorney's opposition thereto, it is hereby **ORDERED** that the motion is **DENIED**. The Court has implemented protocols to ensure a safe environment for the participants and audience including requiring the use of masks, implementing social distancing, and sanitizing the courtrooms. The Court has determined that it is especially important to hold this hearing in person given the fact that individual class members will be given the opportunity to voice opinions about the proposed consent decrees.

      **AND IT IS SO ORDERED.**

                                        */s/ Eduardo C. Robreno*
                                        **EDUARDO C. ROBRENO, J.**