IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, et al., : | CIVIL ACTION |
| : | No. 14-4687 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this **27th** day of **January, 2021**, upon consideration of "Plaintiffs' Consent Motion and Memorandum in Support of Final Approval of Class Certification and Consent Decree on the Courtroom Claims" (the "Injunctive Claims Consent Decree") (ECF No. 326), and after a hearing on October 14, 2020, for the reasons stated in the memorandum filed on this same date, it is hereby **ORDERED** that the motion to approve the Injunctive Claims Consent Decree is **GRANTED** and:

    a.    The Court **CERTIFIES** the following settlement classes as they meet the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2):

    i. For purposes of the Third, Fourth, and Seventh Claims for Relief in the Second Amended Complaint (the "First Injunctive Class"), the settlement class shall consist of:

All persons holding legal title to or otherwise having a legal interest in real or personal property: (i) which was the subject of civil-forfeiture or return-of-property proceedings as of August 11, 2012; or (ii) which had been seized on or after August 11, 2012; or (iii) which was or will be the subject of a forfeiture petition or a return-of-property, or related proceeding

in the Court of Common Pleas of Philadelphia County on or after August 11, 2012.

        ii. For purposes of the injunctive portion of the Sixth Claim for Relief in the Second Amended Complaint (the "Second Injunctive Class"), the settlement class shall consist of:

All persons receiving a notice directing them to appear in, or who appeared in, Courtroom 478 for forfeiture, return-of-property, or related proceedings from August 11, 2012 until January 6, 2016.

    b. The Court appoints Named Plaintiffs Christos Sourovelis, Doila Welch, Norys Hernandez, and Nassir Geiger as representatives for the First and Second Injunctive Classes.

    c. Upon consideration of the factors in Federal Rule of Civil Procedure 23(g), the Court appoints the Institute for Justice and David Rudovsky, Esq. of Kairys, Rudovsky, Messing, Feinberg & Lin as Class Counsel.

    d. The Court **APPROVES** the Injunctive Claims Consent Decree, including its permanent-injunction provisions, as fair, reasonable, and adequate under Fed. R. Civ. P. 23(e)(2).

    e. The Court retains jurisdiction over the Injunctive Claims Consent Decree for a term of 18 months from the date of this order, with the ability to extend the term of jurisdiction based on a finding of substantial noncompliance.

    **AND IT IS SO ORDERED.**

    */s/ Eduardo C. Robreno*
    **EDUARDO C. ROBRENO, J.**