IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, et al., : | CIVIL ACTION |
| : | No. 14-4687 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
| : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this **27th** day of **January, 2021**, upon consideration of "Plaintiffs' Consent Motion and Memorandum in Support of Final Approval of Class Certification and Consent Decree on Plaintiff's Fifth and Sixth Claims for Relief" (the "Restitutionary Claims Consent Decree") (ECF No. 331), and after a hearing on October 14, 2020, additional briefing on the cy pres award, and a further telephonic hearing on December 14, 2020, for the reasons stated in the memorandum filed on this same date, it is hereby **ORDERED** that the motion to approve the Restitutionary Claims Consent Decree is **GRANTED in part** and:

a. The Court certifies the following settlement class as it meets the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3). For purposes of the Fifth and Sixth Claims for Relief in the Third Amended Complaint, the Restitutionary Class shall consist of:

All persons who held or hold legal title to, or otherwise had or have a legal interest in property against which a Statutory or Common Law civil-forfeiture petition (i) was pending in the Court of Common Pleas of Philadelphia County as of August 11, 2012; or

(ii) was filed in the Court of Common Pleas of Philadelphia County on or after August 11, 2012 until the date the Court grants preliminary approval.

      b.    The Court appoints Named Plaintiffs Christos Sourovelis, Doila Welch, Norys Hernandez, and Nassir Geiger as class representatives for the Restitutionary Class.

      c.    Upon consideration of the factors in Federal Rule of Civil Procedure 23(g), the Court appoints the Institute for Justice and David Rudovsky, Esq. of Kairys, Rudovsky, Messing, Feinberg & Lin as Class Counsel.

      d.    The Court will approve, should it be filed, a version of the Restitutionary Claims Consent Decree as discussed and detailed in the memorandum of this same date, including its permanent injunction provisions, as fair, reasonable, and adequate under Fed. R. Civ. P. 23(e)(2).

      e.    The parties may file a joint modified Restitutionary Claims Consent Decree which conforms to the Restitutionary Fund distribution adopted by the Court no later than **March 1, 2021**.

      f.    Should the parties file such a modified Consent Decree, the Court will approve it and will retain jurisdiction to effectuate and interpret the Restitutionary Claims Consent Decree.

      **AND IT IS SO ORDERED.**

                                            /s/ Eduardo C. Robreno
                                            **EDUARDO C. ROBRENO, J.**