# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>    Defendants. | Civil Action No. 2:14-cv-04687-ER<br><br>Assigned to the Honorable Judge Robreno<br><br>**Special Management Track** |

### PLAINTIFFS' NOTICE OF FILING SECOND ADDENDUM OF PROPOSED REVISED CONSENT DECREE ON PLAINTIFFS' FIFTH AND SIXTH CLAIMS FOR RELIEF

PLEASE TAKE NOTICE that the Plaintiffs, District Attorney Defendants, and City Defendants have executed a Second Addendum to the Proposed Revised Consent Decree on Plaintiffs' Fifth and Sixth Claims for Relief, consistent with this Court's directions. The Second Addendum is attached as Exhibit 1.

Dated: February 15, 2021

Respectfully submitted,

| | |
|---|---|
| **INSTITUTE FOR JUSTICE**<br>By: /s/ *Robert Frommer*<br>Robert P. Frommer*<br>Dan Alban*<br>Milad Emam*<br>Robert Peccola*<br>901 North Glebe Road, Suite 900<br>Arlington, VA 22203<br>Email: rfrommer@ij.org; dalban@ij.org; memam@ij.org; rpeccola@ij.org<br>Tel: (703) 682-9320<br>Fax: (703) 682-9321 | **KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN**<br>David Rudovsky (I.D. Number 15168)<br>The Cast Iron Building<br>718 Arch Street<br>Suite 501 South<br>Philadelphia, PA 19106<br>Email: drudovsky@krlawphila.com<br>Tel: (215) 925-4400<br>Fax: (215) 925-5365 |

*Admitted Pro Hac Vice