# PLAINTIFFS' NOTICE OF FILING SECOND ADDENDUM OF PROPOSED REVISED CONSENT DECREE ON PLAINTIFFS' FIFTH AND SIXTH CLAIMS FOR RELIEF

# EXHIBIT 1

*Sourovelis v. City of Philadelphia*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOS SOUROVELIS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PHILADELPHIA, *et al.*, <br><br> Defendants. | Civil Action No. 2:14-cv-04687 <br><br> Assigned to the Honorable Judge Robreno <br><br> **Special Management Track** |

**ADDENDUM TO PROPOSED REVISED CONSENT DECREE
ON PLAINTIFFS' FIFTH AND SIXTH CLAIMS FOR RELIEF**

1.     This is a Second Addendum to the Proposed Revised Consent Decree (ECF 331-1) on Plaintiffs' Fifth and Sixth Claims for Relief ("Consent Decree") in *Sourovelis, et al. v. City of Philadelphia, et al.*, No. 2:14-cv-04687 (E.D. Pa.). The parties previously executed a First Addendum to the Consent Decree for the purpose of modifying the *cy pres* provisions set forth in Section X of the Consent Decree so as provide awards to individuals who filed claims but are outside of the Restitutionary Class because the properties which they held or hold legal title to, or otherwise had or have a legal interest in, were subject to a Statutory or Common Law civil-forfeiture petition that was no longer pending as of August 11, 2012. *See* ECF 331-2.

2.     The purpose of this Second Addendum is to increase the flat award amounts from the Restitutionary Fund received by members of the Restitutionary Class and the individuals identified above consistent with the Court's Memorandum Opinion of January 27, 2021 (ECF 364). Thus, the provisions of this Second Addendum will govern in place of Paragraph 47(a).

3.     Members of the Restitutionary Class who were neither convicted nor received a Diversionary Disposition in the criminal case associated with their forfeiture shall receive $800.00. Members of the Restitutionary Class who received Diversionary Dispositions in the

1

criminal case associated with their forfeiture shall receive $600.00. Members of the Restitutionary Class who were convicted in the criminal case associated with their forfeiture shall receive $200.00.

Respectfully Submitted,

*For Plaintiffs*

Date: **February 8, 2021**

| | |
|---|---|
| **INSTITUTE FOR JUSTICE** | **KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN** |

By: /s/ *Robert Frommer*

Robert P. Frommer*
Dan Alban*
Robert Peccola*
Milad Emam*
901 North Glebe Road, Suite 900
Arlington, VA 22203
Email: rfrommer@ij.org;
dalban@ij.org; rpeccola@ij.org
memam@ij.org
Tel: (703) 682-9320
Fax: (703) 682-9321
*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

David Rudovsky (I.D. Number 15168)
The Cast Iron Building
718 Arch Street
Suite 501 South
Philadelphia, PA 19106
Tel: (215) 925-4400
Email: drudovsky@krlawphila.com

*Local Counsel for Plaintiffs*

3

*For the District Attorney Defendants*

Date: 2/11/21

By: _____
DISTRICT ATTORNEY LAWRENCE S. KRASNER

By: _____
OFFICE OF THE DISTRICT ATTORNEY
Simran Dhillon
Benjamin Jackal
Nancy Winkelman
Three South Penn Square
Philadelphia, PA 19107
Tel: (215) 686-8787
Email: nancy.winkelman@phila.gov; simran.g.dhillon@philadelphia.gov; benjamin.jackal@phila.gov

*Counsel for Defendants Philadelphia District Attorney's Office and District Attorney Lawrence S. Krasner*

4

*For the City Defendants*

Date:  February 12, 2021

By: /s/  *Diana P. Cortes*
**ACTING CITY SOLICITOR DIANA P. CORTES**

By: /s/  *Anne B. Taylor*
**CITY OF PHILADELPHIA LAW DEPARTMENT**
Anne B. Taylor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
Tel: (215) 683-5444
Email: anne.taylor@phila.gov

*Counsel for Defendants City of Philadelphia, Mayor James F. Kenney, and Police Commissioner Danielle Outlaw*