IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOS SOUROVELIS, et al., | : | CIVIL ACTION |
| | : | No. 14-4687 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **17th** day of **February, 2021,** upon consideration of the parties' Second Addendum of Proposed Revised Consent Decree on Plaintiffs' Fifth and Sixth Claims for Relief (ECF No. 367), and for the reasons provided in this Court's January 27, 2021 opinion,[1] it is hereby **ORDERED** that the Court **APPROVES** the Consent Decree on Plaintiff's Fifth and Sixth Claims for Relief (ECF No. 331) as modified by the two addenda executed by the parties (ECF Nos. 331-2 & 367)[2] as fair, reasonable, and adequate under Fed. R. Civ. P. 23(e)(2).

It is further **ORDERED** that the Clerk of Court shall mark this case as **CLOSED**. The Court retains jurisdiction to effectuate

---

[1] Sourovelis v. City of Philadelphia, No. CV 14-4687, 2021 WL 298703, (E.D. Pa. Jan. 27, 2021).

[2] The first addendum modifies the cy pres provision of the Consent Decree to provide awards to individuals whose claims fell outside of the time period described in the class definition. The second addendum modifies the awards to be received by the class members in accordance with this Court's January 27, 2021 opinion.

and interpret the Consent Decree as provided in the January 27, 2021 opinion.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**