Charles Talbert
No. QA4727
SCI. Dallas
1000 Follies Road
Dallas, Pa. 18612                                             March 25, 2021

Hon. Eduardo C. Robreno, Jr.
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

                Re: Case No. 14-4687

Dear Honorable Judge Robreno Jr.:

    I have not heard from my counsel in regards to this legal matter in months, and I have no way as to follow the outcome of this civil matter above but through this Court and counsel. Can you please provide me an up-date as to any upcoming hearings regarding the settlement of this case since I have a financial interest/claim herein. I thank you for your help!

                        Yours Truly,

                        Charles Talbert

Charles Talbert
QA4727
S.C.I. Dallas
1000 Follies Rd.
Dallas, PA. 18612

U.S.M.S.
X-RAY

Legal Mail

LEHIGH VALLEY PA 180
26 MAR 2021 PM 4

To: Hon. Judge Eduardo C. Robreno, Jr.
U.S. Courthouse
601 Market Street
Philadelphia, PA. 19106

19106-170599

"Inmate Mail - PA DEPT. OF CORRECTIONS"